447 A.2d 640

Commonwealth v. Koehler, Appellant.

Submitted April 14, 1982. James M. Skorupa, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.